THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| Kendra Tutt,<br><br>  Plaintiff,<br><br>– against–<br><br>TD Bank, National Association d/b/a TD Retail Card Services d/b/a Raymour & Flanigan and Experian Information Solutions, Inc.,<br><br>  Defendant(s). | Civil Action: 2:22-cv-00972<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO TD BANK, NATIONAL ASSOCIATION D/B/A TD RETAIL CARD SERVICES D/B/A RAYMOUR & FLANNIGAN ONLY** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kendra Tutt, through her attorneys, Law Offices of Robert S. Gitmeid & Associates, PLLC, hereby dismiss TD Bank, National Association d/b/a TD Retail Card Services d/b/a Raymour & Flanigan, *only,* with prejudice.

Dated: April 4, 2022         Respectfully Submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

/s/ Maksim Reznik
Maksim Reznik, Esq.
30 Wall Street, 8th Floor #741
New York, New York 10005
Tel (866) 249-1137
Fax (877) 366-4747
Email: maksim.r@gitmeidlaw.com
Attorneys for Plaintiff