THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| Kendra Tutt,<br><br>　　　　　　　　Plaintiff,<br><br>– against –<br><br>TD Bank, National Association d/b/a TD Retail Card Services d/b/a Raymour & Flanigan and Experian Information Solutions, Inc.,<br><br>　　　　　　　　Defendants. | **Civ. No.** 2:22-cv-00972<br><br>**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

　　　　Plaintiff Kendra Tutt respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Experian Information Solutions, Inc. have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Notice of Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Experian Information Solutions, Inc. be excused from all future appearances and deadlines until this matter is dismissed.

Dated:  April 4, 2022　　　　　　　　**Law Offices of Robert S. Gitmeid & Associates, PLLC**

　　　　　　　　　　　　　　　　　　/s/ Maksim Reznik
　　　　　　　　　　　　　　　　　　Maksim Reznik, Esq.
　　　　　　　　　　　　　　　　　　30 Wall Street, 8th Floor #741
　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　Tel: (866) 249-1137
　　　　　　　　　　　　　　　　　　Email: maksim.r@gitmeidlaw.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*